```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHANE AMBROSE,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>          Defendant. | Civil Action<br>No. 16-7613 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

　　Plaintiff Shane Ambrose seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

　　According to the application submitted by Plaintiff, Plaintiff earns $2,304 per month. *Id.* After taking into consideration the listed monthly expenses, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

　　An appropriate order follows.

| | |
|---|---|
| **January 31, 2017**<br>Date | **s/ Jerome B. Simandle**<br>JEROME B. SIMANDLE<br>Chief U.S. District Judge |